UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK KORTLEVER,
    Plaintiff,

vs.                                            Case No.:  3:20cv5178/MCR/EMT

CORIZON HEALTH SERVICES, et al.,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  On March 26, 2020, the court entered an order directing Plaintiff to either pay the $400.00 filing fee or file a fully completed motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 3).  Plaintiff filed an IFP motion within the time allowed (ECF No. 4); the motion, however, was deficient in that Plaintiff did not include the requisite supporting documentation.  The court thus entered an order denying the IFP motion without prejudice and allowing Plaintiff thirty days in which to either pay the filing fee or file a fully completed IFP motion with the requisite supporting documentation (ECF No. 5).  The court advised that failure to comply with the order would result in a recommendation that the case be dismissed (*id.*).

After Plaintiff did not pay the filing fee or file a fully completed IFP motion within the time allowed, the undersigned entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 6).  In response to the show cause order, Plaintiff again submitted an incomplete IFP motion (*see* ECF No. 7).  The undersigned thus entered another order denying Plaintiff's motion and allowing Plaintiff another thirty days in which to either pay the filing fee or file a fully completed IFP motion (ECF No. 8).  Once again, the undersigned advised that failure to comply with the order would result in a recommendation that the case be dismissed (*id.*).  Plaintiff nevertheless again failed to comply.  The undersigned therefore entered an order on July 7, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 9). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

Case No.:  3:20cv5178/MCR/EMT

At Pensacola, Florida, this 28th day of August 2020.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5178/MCR/EMT