UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK KORTLEVER,

    Plaintiff,

v.                                        Case No.  3:20cv5178/MCR/EMT

CORIZON HEALTH SERVICES, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on the Chief Magistrate Judge's Report and Recommendation dated August 28, 2020.  ECF No. 10.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  On de novo review, the Court has determined that the Chief Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.  Therefore, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of October 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**